## Commonwealth *v.* Griffin, Appellant.

Submitted September 13, 1971. *Patrick J. O'Connor*, Assistant Public Defender, for appellant; *Wayne N. Cordes* and *Stephen B. Harris*, Assistant District Attorneys, and *Ward F. Clark*, District Attorney, for Commonwealth, appellee.

Order affirmed.